UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                           CRIMINAL NO. 09-20238

v.                                      HONORABLE AVERN COHN

D-01, TERRENCE PRITCHETT,

      Defendant.
                                      /

## ORDER GRANTING BOND

On February 26, 2010 the Court held a bond review hearing for the defendant. For the reasons stated on the record,

**IT IS ORDERED** that the defendant be released from the custody of the United States Marshal on Monday, March 01, 2010.

**SO ORDERED**.


Dated: February 26, 2010          S/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 26, 2010, by electronic and/or ordinary mail.

                                                          S/Julie Owens
                                                        Case Manager, (313) 234-5160