UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 09-20238

D-1, TERRENCE PRITCHETT,              HON. AVERN COHN

    Defendant.
_____/

## ORDER
## DENYING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE (Doc. No. 37)
## AND
## DENYING DEFENDANT'S MOTION TO DISMISS CONSPIRACY CHARGE (Doc. No. 38)

This is a criminal case. Defendant is charged with conspiracy to possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846. Defendant has plead not guilty. Before the Court are the following motions:

- Defendant's Motion to Suppress Evidence (at 452 Anderson)

- Defendant's Motion to Dismiss Conspiracy Charge

- Defendant's Motion to Suppress Evidence Seized at 390 Columbia

For the reasons stated on the record at the hearing on April 15, 2010, Defendant's Motion to Suppress Evidence (at 452 Anderson) (Doc. No. 37) and Defendant's Motion to Dismiss Conspiracy Charge (Doc. No. 38) are DENIED.

Defendant's Motion to Suppress Evidence Seized at 390 Columbia (Doc. No. 39) will be the subject of a separate order.

SO ORDERED.

                                             s/Avern Cohn
                                             AVERN COHN
                                             UNITED STATES DISTRICT JUDGE

Dated: April 15, 2010

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 15, 2010, by electronic and/or ordinary mail.

                                             s/Julie Owens
                                             Case Manager, (313) 234-5160